[Docket Item 16]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CADET V.A. BY HER GUARDIAN *AD LITEM*, M.A., <br><br> Plaintiff, <br><br> v. <br><br> NEW JERSEY NATIONAL GUARD YOUTH CHALLENGE PROGRAM, et. al., <br><br> Defendants. | HONORABLE JEROME B. SIMANDLE <br><br> Civil Action No. 06-347 (JBS) <br><br> **ORDER** |

This matter having come before the Court upon Defendant NJYCP's motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff Cadet V.A.'s claims against it [Docket Item 16]; and this Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS, this __9th__ **day of July, 2007** hereby

**ORDERED** that Defendant NJYCP's motion to dismiss any of Plaintiff's claims that NJYCP is vicariously liable for Defendant Marshall's conduct is **GRANTED**; and

**IT IS FURTHER ORDERED** that NJYCP's motion to dismiss Plaintiff's negligent hiring and supervision claims is **DENIED**.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          U.S. District Judge